UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 17-45453-399 |
| ) | |
| **MARK EDWARD NORRIS** ) | Chapter 13 |
| YOLANDA ANN NORRIS ) | |
| ) | |
| **Debtors** ) | |

## LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011. The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

MARK EDWARD NORRIS
3703 CALIFORNIA AVE                                              $46.00
SAINT LOUIS, MO  63118
00000

Dated: June 01, 2021                        /s/ Diana S. Daugherty
UNCLFUNDS--BG                               Diana S. Daugherty
                                            Standing Chapter 13 Trustee
                                            P.O. Box 430908
                                            St. Louis, MO  63143
                                            (314) 781-8100  Fax: (314) 781-8881
                                            trust33@ch13stl.com