## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In re:

MARK EDWARD NORRIS
YOLANDA ANN NORRIS
Debtor(s)

Case No. 17-45453

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Diana S. Daugherty, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/09/2017.

2) The plan was confirmed on 05/14/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/06/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 08/04/2020.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $350.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $5,027.00 |
| Less amount refunded to debtor | $46.00 |

**NET RECEIPTS:** **$4,981.00**

## Expenses of Administration:

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,955.00 |
| Court Costs | $155.00 |
| Trustee Expenses & Compensation | $293.69 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,403.69**

Attorney fees paid and disclosed by debtor: $45.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 05 SAFEHOME SECURITY | Unsecured | 2,968.00 | NA | NA | 0.00 | 0.00 |
| AARON SALES & LEASE OW | Unsecured | 3,781.00 | NA | NA | 0.00 | 0.00 |
| AARON SALES & LEASE OW | Unsecured | 1,811.00 | NA | NA | 0.00 | 0.00 |
| AMEREN IL | Unsecured | 1,305.26 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Unsecured | 3,000.00 | 3,845.84 | 3,845.84 | 38.53 | 0.00 |
| AT&T | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 816.00 | NA | NA | 0.00 | 0.00 |
| CHUCK ROLEK | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY INSURANCE FINAN SVCS | Unsecured | 213.98 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 239.00 | 239.51 | 239.51 | 2.40 | 0.00 |
| CREDITORS BANKRUPTCY SERVICES | Unsecured | NA | 3,941.12 | 3,941.12 | 39.47 | 0.00 |
| D SCOTT CROUCH MD | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 839.00 | 839.56 | 839.56 | 8.42 | 0.00 |
| DIRECTV LLC | Unsecured | NA | 695.71 | 695.71 | 6.97 | 0.00 |
| ELECTRO SAVINGS CREDIT UNION | Unsecured | 13,856.64 | 13,431.67 | 13,431.67 | 134.55 | 0.00 |
| ELECTRO SAVINGS CREDIT UNION | Unsecured | 5,572.23 | 5,618.19 | 5,618.19 | 56.28 | 0.00 |
| ELECTRO SAVINGS CREDIT UNION | Unsecured | 2,270.45 | 2,264.24 | 2,264.24 | 22.69 | 0.00 |
| ELECTRO SAVINGS CREDIT UNION | Unsecured | 1,099.96 | 1,127.38 | 1,127.38 | 11.29 | 0.00 |
| ELECTRO SAVINGS CREDIT UNION | Unsecured | 517.51 | 457.30 | 457.30 | 4.58 | 0.00 |
| FIRST COMMUNITY CREDIT UNION | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| INFINITY MEDS LLP | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| INTERCOASTAL FINANCIAL LLC | Unsecured | NA | 1,980.98 | 1,980.98 | 19.84 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 18,451.00 | 15,781.37 | 15,781.37 | 158.08 | 0.00 |
| MAXLEND | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Secured | 4,000.00 | 2,151.32 | 2,151.32 | 0.00 | 0.00 |
| MISSOURI LOANS | Unsecured | NA | 437.50 | 437.50 | 4.37 | 0.00 |
| MO PAY DAY LOAN CO | Unsecured | 300.00 | 232.00 | 232.00 | 0.00 | 0.00 |
| OFALLON ILLINOIS WATER DEPT | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 626.00 | 625.62 | 625.62 | 6.27 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 501.00 | 501.29 | 501.29 | 5.02 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 602.00 | 602.06 | 602.06 | 6.02 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 577.00 | 576.68 | 576.68 | 5.79 | 0.00 |
| PREMIER BANKCARD LLC | Unsecured | 519.00 | 519.86 | 519.86 | 5.20 | 0.00 |
| PREMIER BANKCARD LLC | Unsecured | 494.00 | 494.74 | 494.74 | 4.96 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 238.00 | 427.40 | 427.40 | 4.28 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 381.00 | 280.63 | 280.63 | 2.81 | 0.00 |
| RADIOLOGY CONSULTANTS | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | 132.56 | NA | NA | 0.00 | 0.00 |
| RICKY PERRY | Unsecured | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SE EMERGENCY PHYS/MEMPHIS | Unsecured | 1,015.00 | NA | NA | 0.00 | 0.00 |
| SHILOH FAMILY DENTAL | Unsecured | 2,107.00 | 1,905.20 | 1,905.20 | 19.09 | 0.00 |
| SLU CARE | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| SPIRE MISSOURI INC | Unsecured | 2,000.00 | 1,037.72 | 1,037.72 | 10.40 | 0.00 |
| ST LOUIS COMMUNITY CRED UNION | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| ST LOUIS COMMUNITY CRED UNION | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SUSIE DAVIS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SUSIE DAVIS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MGMT | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,151.32 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,151.32** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$57,863.57** | **$577.31** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,403.69 |
| Disbursements to Creditors | $577.31 |
| | |
| **TOTAL DISBURSEMENTS :** | **$4,981.00** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/08/2021                                By: /s/ Diana S. Daugherty
                                                      _____
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**